### COOLEDGE *vs.* COOLEDGE.

A decree of divorce in an adultery case may reserve to the wife, who is the complainant, the right to go before a master and get his report as to a proper allowance to her for alimony.

THIS was a motion for a decree of divorce in an adultery case. No report of a master having been obtained as to the amount of alimony proper to be allowed to the wife, who was the complainant;

*A. C. Hand,* for the complainant, asked the direction of the court on the subject.

The CHANCELLOR said that the decree might reserve to the complainant the right to go before a master and get his report as to a proper allowance to her for alimony; and that the decree might direct the payment, of the amount which should be reported by the master, upon the coming in and confirmation of his report.